# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 14, 2005*

[Cite as *02/14/2005 Case Announcements,* 2005-Ohio-540.]

## MOTION AND PROCEDURAL RULINGS

**2004–1169.   Jones v. Goodyear Tire & Rubber Co.**
Summit App. No. 21724, 2004-Ohio-2821. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of the motion of amicus curiae Ohio Management Lawyers' Association for leave to file a response to appellees' motion for leave to dismiss claim with prejudice and motion for remand,

IT IS ORDERED by the court that the motion be, and hereby is, granted.

## DISCIPLINARY CASES

**2004–2034.   Disciplinary Counsel v. Haggins.**
On February 9, 2005, respondent filed a motion for extension of time to reply to an order to show cause. S.Ct.Prac.R. XIV(3)(B)(1) prohibits the filing of a request for extension of time to file a response beyond the date set by the court's order. Accordingly,

IT IS ORDERED by the court, sua sponte, that the motion for extension be, and hereby is, stricken.